# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:06-CV-379-DCK

| | |
|---|---|
| **ROBERT SPILMANN,** ) | |
| d/b/a Spilmann Architectural Sales ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **SCHAEFER INTERSTATE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of this case. The undersigned notes that there has been no certification of a Rule 26(f) conference in this matter. The undersigned also notes that the Clerk of Court provided notices on April 9, 2007 and May 7, 2007 indicating violations of the Local Rules.

**IT IS, THEREFORE, ORDERED** that the parties confer pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1(A) and file a written report, jointly if possible, of that initial attorneys' conference, along with a proposed discovery plan, on or before **July 31, 2007.**

**IT IS FURTHER ORDERED** that the parties review the Rules of Practice and Procedure of the United States District Court for the Western District of North Carolina and immediately comply with any and all rules relevant to this matter.

**SO ORDERED**.

Signed: July 11, 2007

*[signature]*

David C. Keesler
United States Magistrate Judge