# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:06-CV-379-DCK

| | |
|---|---|
| **ROBERT SPILMANN,** ) | |
| d/b/a Spilmann Architectural Sales ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **SCHAEFER INTERSTATE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of this case. The undersigned notes that there has been no certification of a Rule 26(f) conference in this matter and that the parties have failed to register for electronic filing. The undersigned also notes that the Clerk of Court issued notices on April 9, 2007 and May 7, 2007, indicating violations of the Local Rules. Furthermore, on July 11, 2007, the undersigned ordered the parties to confer and file a report of initial attorneys' conference on or before July 31, 2007. There has been no activity in this case since the Court's last order.

**IT IS, THEREFORE, ORDERED** that on or before **December 31, 2007**, the Plaintiff shall **SHOW CAUSE** why his Complaint should not be **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. The Plaintiff is warned that failure to make a timely response to this Order to Show Cause will result in **DISMISSAL** of this lawsuit.

**SO ORDERED**.

Signed: December 11, 2007

David C. Keesler
United States Magistrate Judge