# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Spilmann,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:06cv379

Schaefer Interstate, Inc.,

       Defendant(s).


DECISION BY COURT. This action having come before the Court, a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/23/2008 Order.


                                            Signed: June 23, 2008

                                            Frank G. Johns, Clerk
                                            United States District Court